STATE BANK vs. GREER ET AL.

The decision of this case follows that of *Hanly vs. Carneal*, (14 *Ark.*,) *per* WATKINS, C. J.